LOUIS BERMAN *v.* CLIFTON S. BROWN.
[No. 25, January Term, 1928.]

*Decided April 19th, 1928.*

The cause was submitted on briefs to BOND, C. J., PATTI-SON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*David Ash* and *Jacob E. Cohen,* for the appellants.

*Henry H. Dinneen,* for the appellee.

A *per curiam* opinion was delivered, affirming the judgment, with costs.